RECEIVED

OCT 1 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| WILSON SAVOY | CIVIL ACTION NO. 04-1931 |
| VERSUS | JUDGE DOHERTY |
| BORDEN'S MILK PRODUCTS, LP | MAGISTRATE JUDGE METHVIN |

**ORDER**

For the reasons more fully contained in this Court's memorandum ruling,

IT IS ORDERED that defendant's Motion for Summary Judgment [Doc. 12] is **HEREBY GRANTED**.

As this disposes of all of plaintiff's claims before this Court,

IT IS FURTHER ORDERED that the parties submit a Final Judgment, agreed as to form by all counsel, no later than ten (10) days from the date of this Order, giving effect to the rulings issued this day.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 10th day of October, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE