RECEIVED

OCT 3 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILSON SAVOY | * | CIVIL ACTION NO. 6:04cv1931 |
| versus | * | |
| BORDEN'S MILK PRODUCTS, LP, A DIVISION OF NATIONAL DAIRY SOUTHWEST, AND NATIONAL DAIRY HOLDINGS, LP | * * | JUDGE DOHERTY MAG. JUDGE METHVIN |

\* \* \* \* \* \* \*

## FINAL JUDGMENT

Pursuant to the Court's Order [Doc. 19] dated October 10, 2006;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Milk Products, LP, a division of National Dairy Southwest; and National Dairy Holdings, LP, dismissing with prejudice all of the claims filed by plaintiff, Wilson Savoy. All parties are to pay their own costs.

**THUS DONE AND SIGNED** in chambers, Lafayette, Louisiana, this 30 day of October, 2006.

REBECCA F. DOHERTY
JUDGE, UNITED STATES COURT
WESTERN DISTRICT OF LOUISIANA

AGREED AS TO FORM:

John E.W. Baay II (La Bar No. 22928)
Margaret A. Sunkel (La. Bar. No. 25888)
William A. Barousse (La. Bar. No. 29748)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504.561.0400
Facsimile: 504.561.1011
Counsel for Milk Products, LP, a Division of National Dairy Southwest; and National Dairy Holdings, L.P.

## CERTIFICATE OF MAILING OF PROPOSED JUDGMENT TO COUNSEL FOR PLAINTIFF

Counsel for Milk Products, LP, a Division of National Dairy Southwest; and National Dairy Holdings, L.P. ("counsel for defendants"), hereby certify that they electronically mailed copies of this proposed Judgment to counsel for plaintiff on Thursday, October 12, 2006 and Thursday, October 19, 2006. Further, counsel for defendants hereby certify that counsel for plaintiff contacted counsel for defendants on Friday, October 20, 2006 and indicated that he has no objection to the form, substance or language of the aforementioned proposed judgment.